IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Great American Insurance Company of New York, Great American Alliance Insurance Company, Great American Assurance Company,

Intervenor Plaintiffs,

v.

J M Smith Corporation,

Defendant.

---

J M Smith Corporation,

Cross Claimant/
Counter Claimant,

v.

Great American Insurance Company of New York, Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, North American Specialty Insurance Company, Westport Insurance Corporation,

Cross Defendants/
Counter Defendants.

---

Westport Insurance Corporation, North American Specialty Insurance Company,

Cross Claimants,

v.

Case No. 7:23-cv-03993-JDA

**ORDER**

J M Smith Corporation, )
)
Cross Defendant.[1] )
)

This matter is an insurance coverage case. Pending before the Court are cross motions for summary judgment by J M Smith Corporation and by Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company, Great American Insurance Company of New York, Westport Insurance Corporation, and North American Specialty Insurance Company[2]. [Docs. 117; 120.] Having carefully considered the motions, the responses, the replies, the record, and the relevant law, the Court is of the opinion that there is no controlling precedent in the decisions of the Supreme Court of South Carolina regarding the meaning of "damages because of bodily injury" in the context presented by this case. The Court is therefore inclined to certify one or more questions to the Supreme Court of South Carolina. Accordingly, it is the judgment of this Court that both of the above-mentioned motions for summary judgment be DENIED without prejudice and with leave to refile following certification of questions to the Supreme Court of South Carolina.

In light of this ruling, the Court hereby directs the parties to conference so as to agree upon proposed questions to certify. The Court suggests the following:

> Does the phrase "damages because of bodily injury" in the applicable insurance policies unambiguously encompass bodily injury only to individuals who are specifically identified?

[1] This caption represents the current parties in this litigation.

[2] North American Specialty Insurance Company is now known as Swiss Re Corporate Solutions America Insurance Corporation. [Doc. 81 at 2.]

The parties shall file their joint response with the Court by October 2, 2026.

IT IS SO ORDERED.

s/Jacquelyn D. Austin
United States District Judge

Greenville, South Carolina
September 24, 2026